| | |
|---|---|
| Neil R. O'Hanlon, SBN 67018 | Joel M. Miller (*pro hac vice*) |
| Asheley G. Dean, SBN 245504 | Charles R. Jacob III (*pro hac vice*) |
| HOGAN LOVELLS US LLP | Jeremy M. Sher (*pro hac vice*) |
| 1999 Avenue of the Stars, Suite 1400 | MILLER & WRUBEL P.C. |
| Los Angeles, CA  90067 | 570 Lexington Avenue |
| Telephone:  (310) 785-4600 | New York, NY 10022 |
| Facsimile:  (310) 785-4601 | Telephone: (212) 336-3500 |
| Email:  neil.ohanlon@hoganlovells.com | Facsimile:  (212) 336-3555 |
| Email:  asheley.dean@hoganlovells.com | Email:  jmiller@mw-law.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

[Other Counsel on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>LYDIAN PRIVATE BANK, VIRTUALBANK, A DIVISION OF LYDIAN PRIVATE BANK, and Does 1 through 20,<br><br>Defendants. | Case No.:  CV-11-1538 JCS<br><br>**STIPULATION AND ORDER SUBSTITUTING FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER, FOR DEFENDANT LYDIAN PRIVATE BANK** |

On August 19, 2011, the Office of the Comptroller of the Currency appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver for Defendant Lydian Private Bank ("Lydian") pursuant to 12 U.S.C. §§ 1464(d)(2) and 1821(c)(5).  A copy of the appointment is attached hereto as Exhibit A.

The FDIC accepted the appointment as Receiver for Lydian that same day.  A copy of the FDIC's acceptance of the appointment is attached hereto as Exhibit B.

1    Therefore, IT IS HEREBY STIPULATED AND AGREED THAT, pursuant to 12 U.S.C.
2  § 1819, the FDIC, as Receiver for Lydian, is now the real party in interest in this action and is
3  hereby substituted for Lydian in this action.

4  Dated:  September 13, 2011

5                                         HOGAN LOVELLS US LLP
6                                         By: /s/  Neil R. O'Hanlon
7                                         R. O'Hanlon, SBN 67018
                                          Asheley G. Dean, SBN 245504
8                                         HOGAN LOVELLS US LLP
                                          1999 Avenue of the Stars, Suite 1400
9                                         Los Angeles, CA  90067
                                          Telephone:  (310) 785-4600
10                                        Facsimile:  (310) 785-4601
                                          Email:  neil.ohanlon@hoganlovells.com
11                                        Email:  asheley.dean@hoganlovells.com

12                                        *Attorneys for Plaintiff*

13  Dated:  September 13, 2011            MILLER & WRUBEL, P.C.

                                          By: /s/  Joel M. Miller
14
                                          Joel M. Miller (*pro hac vice*)
15                                        Charles R. Jacob III (*pro hac vice*)
                                          Jeremy M. Sher (*pro hac vice*)
16                                        MILLER & WRUBEL P.C.
                                          570 Lexington Avenue
17                                        New York, NY 10028
                                          Telephone:  (212) 336-3500
18                                        Facsimile:   (212) 336-3555
                                          email:  jmiller@mw-law.com
19
                                          ROBERT J. STUMPF, JR., SBN 72851
20                                        MARTIN WHITE, SBN 253476
                                          SHEPPARD, MULLIN, RICHTER
21                                        & HAMPTON LLP
                                          Four Embarcadero Center, 17th Floor
22                                        San Francisco, CA  94111-4109
                                          Telephone: (415) 434-9100
23                                        Facsimile:  (415) 434-3947

24                                        *Attorneys for Defendant*

25  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26  Dated: September  14 , 2011

27                                        _____
                                          HON. _____
28

STIPULATION AND ORDER  SUBSTITUTING  FEDERAL
DEPOSIT INSURANCE CORPORATION, AS RECEIVER,
FOR DEFENDANT LYDIAN PRIVATE BANK