Neil R. O'Hanlon, SBN 67018
Asheley G. Dean, SBN 245504
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601
Email:  neil.ohanlon@hoganlovells.com
Email:  asheley.dean@hoganlovells.com

*Attorneys for Plaintiff*

[Other Counsel on Signature Page]

Joel M. Miller (*pro hac vice*)
Charles R. Jacob III (*pro hac vice*)
Jeremy M. Sher (*pro hac vice*)
MILLER & WRUBEL P.C.
570 Lexington Avenue
New York, NY 10022
Telephone: (212) 336-3500
Facsimile:  (212) 336-3555
Email:  jmiller@mw-law.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>LYDIAN PRIVATE BANK, VIRTUALBANK, A DIVISION OF LYDIAN PRIVATE BANK, and Does 1 through 20,<br><br>Defendants. | Case No.:  CV-11-1538 JCS<br><br>**STIPULATION AND ORDER SUBSTITUTING FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER, FOR DEFENDANT LYDIAN PRIVATE BANK** |

On August 19, 2011, the Office of the Comptroller of the Currency appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver for Defendant Lydian Private Bank ("Lydian") pursuant to 12 U.S.C. §§ 1464(d)(2) and 1821(c)(5).  A copy of the appointment is attached hereto as Exhibit A.

The FDIC accepted the appointment as Receiver for Lydian that same day.  A copy of the FDIC's acceptance of the appointment is attached hereto as Exhibit B.

1  Therefore, IT IS HEREBY STIPULATED AND AGREED THAT, pursuant to 12 U.S.C.
2  § 1819, the FDIC, as Receiver for Lydian, is now the real party in interest in this action and is
3  hereby substituted for Lydian in this action.

Dated:  September 13, 2011

HOGAN LOVELLS US LLP

By: /s/  Neil R. O'Hanlon

R. O'Hanlon, SBN 67018
Asheley G. Dean, SBN 245504
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601
Email:  neil.ohanlon@hoganlovells.com
Email:  asheley.dean@hoganlovells.com

*Attorneys for Plaintiff*

Dated:  September 13, 2011        MILLER & WRUBEL, P.C.

By: /s/  Joel M. Miller

Joel M. Miller (*pro hac vice*)
Charles R. Jacob III (*pro hac vice*)
Jeremy M. Sher (*pro hac vice*)
MILLER & WRUBEL P.C.
570 Lexington Avenue
New York, NY 10028
Telephone:  (212) 336-3500
Facsimile:   (212) 336-3555
email:  jmiller@mw-law.com

ROBERT J. STUMPF, JR., SBN 72851
MARTIN WHITE, SBN 253476
SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 14, 2011

_____
HON. _____
Judge Joseph C. Spero

STIPULATION AND ORDER  SUBSTITUTING  FEDERAL
DEPOSIT INSURANCE CORPORATION, AS RECEIVER,
FOR DEFENDANT LYDIAN PRIVATE BANK