Neil R. O'Hanlon, SBN 67018
Asheley G. Dean, SBN 245504
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601
Email:  neil.ohanlon@hoganlovells.com
Email:  asheley.dean@hoganlovells.com

*Attorneys for Plaintiff*

[Other Counsel on Signature Page]

Joel M. Miller (*pro hac vice*)
Charles R. Jacob III (*pro hac vice*)
Jeremy M. Sher (*pro hac vice*)
MILLER & WRUBEL P.C.
570 Lexington Avenue
New York, NY 10022
Telephone: (212) 336-3500
Facsimile:  (212) 336-3555
Email:  jmiller@mw-law.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>LYDIAN PRIVATE BANK, VIRTUALBANK, A DIVISION OF LYDIAN PRIVATE BANK, and Does 1 through 20,<br><br>Defendants. | Case No.:  CV-11-1538 JCS<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS AND ADJOURNING DEADLINES** |

On August 19, 2011, the Office of the Comptroller of the Currency closed Defendant Lydian Private Bank ("Lydian") and appointed the FDIC as Receiver pursuant to 12 U.S.C. §§ 1464(d)(2) and 1821(c)(5).  The FDIC accepted the appointment as Receiver for Lydian that same day.

On September 14, 2011, the Court so-ordered the parties' stipulation substituting the FDIC, as Receiver, for Lydian in this action.  (Stip. & Order Substituting FDIC, as Receiver, for Def. Lydian, ECF No. 28.)

The Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA") provides that the FDIC, as Receiver for Lydian, may request a ninety-day stay of this action.  *See* 12 U.S.C. § 1821(d)(12)(A)(ii).  FIRREA requires the Court to "grant such stay as to all parties."

*Id.* § 1821(d)(12)(B).  The FDIC as Receiver hereby requests entry of a stay under 12 U.S.C. § 1821(d)(12).

In addition, since Plaintiff must exhaust the FIRREA administrative claims process before continuing this action against the FDIC as Receiver, a further stay is appropriate until such time as the FDIC as Receiver acts on the claim to be filed by Plaintiff Provident Funding Associates, L.P. The FDIC as Receiver has set November 22, 2011 as the last day for creditors of Lydian to file a claim with the FDIC as Receiver (the "Claims Bar Date").  Pursuant to 12 U.S.C. § 1821(d)(5)(A)(1), the FDIC as receiver has 180 days from the date on which it receives a claim to determine whether to allow or disallow the claim and to notify the claimant of any determination with respect to such claim.  12 U.S.C § 1821(d)(6) indicates that a claimant has sixty days after "the date of any notice of [the FDIC's] disallowance of [a] claim" to "continue an action commenced before the appointment of the receiver."  *See id.* § 1821(d)(13)(D) ("Except as otherwise provided in this subsection, no court shall have jurisdiction over . . . any claim or action for payment from, or any action seeking a determination of rights with respect to, the assets of any depository institution for which the [FDIC] has been appointed receiver . . . ."); *McCarthy v. FDIC*, 348 F.3d 1075, 1081 (9th Cir. 2003) ("[A]ll claims or actions must be submitted for administrative resolution. . . . As [the plaintiff] failed to exhaust the claims made in this action, the district court properly determined that it lacked subject matter jurisdiction.  Therefore, dismissal was required.").

A stay would affect three dates currently scheduled by the Court: the October 10, 2011 deadline for the parties to commence private ADR (*see* Order Referring Case to Private ADR, July 12, 2011, ECF No. 23), the October 14, 2011 deadline for the parties to submit an updated Case Management Statement (*see* Civil Minute Order, July 25, 2011, ECF No. 25), and the October 21, 2011 case management conference (*see* Case Management and Pretrial Order, July 27, 2011, ECF No. 26).

Therefore, IT IS HEREBY STIPULATED AND AGREED THAT, pursuant to 12 U.S.C. § 1821(d)(12), the Court should stay this action until the sooner of May 21, 2012 (180 days after

1  the Claims Bar Date) or 180 days from the date on which the FDIC as Receiver receives Plaintiff's
2  claim.  The parties shall jointly notify the Court when the 180 day determination period ends for
3  the FDIC as Receiver to allow or disallow Plaintiff's claim; and
4      IT IS FURTHER STIPULATED AND AGREED THAT the Court should adjourn the
5  October 10, 2011 deadline for the parties to commence private ADR, the October 14, 2011
6  deadline for the parties to submit an updated Case Management Statement, and the October 21,
7  2011 case management conference without date, with the parties and the Court to confer on
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27
28

1  rescheduling these dates if and when Plaintiff continues this action following its exhaustion of the
2  FIRREA administrative claims process.

3

4  Dated:  October 4, 2011                HOGAN LOVELLS US LLP

5                                          By: /s/  Neil R. O'Hanlon

6                                          Neil R. O'Hanlon, SBN 67018
                                           Asheley G. Dean, SBN 245504
7                                          HOGAN LOVELLS US LLP
                                           1999 Avenue of the Stars, Suite 1400
8                                          Los Angeles, CA  90067
                                           Telephone:  (310) 785-4600
9                                          Facsimile:  (310) 785-4601
                                           Email:  neil.ohanlon@hoganlovells.com
10                                         Email:  asheley.dean@hoganlovells.com

                                           *Attorneys for Plaintiff*
11

12  Dated:  October 4, 2011                MILLER & WRUBEL P.C.

13                                         By: /s/  Joel M. Miller

                                           Joel M. Miller (*pro hac vice*)
14                                         Charles R. Jacob III (*pro hac vice*)
                                           Jeremy M. Sher (*pro hac vice*)
15                                         MILLER & WRUBEL P.C.
                                           570 Lexington Avenue
16                                         New York, NY 10028
                                           Telephone:  (212) 336-3500
17                                         Facsimile:   (212) 336-3555
                                           email:  jmiller@mw-law.com
18

19                                         ROBERT J. STUMPF, JR., SBN 72851
                                           MARTIN WHITE, SBN 253476
20                                         SHEPPARD, MULLIN, RICHTER
                                           & HAMPTON LLP
21                                         Four Embarcadero Center, 17th Floor
                                           San Francisco, CA  94111-4109
22                                         Telephone:  (415) 434-9100
                                           Facsimile:   (415) 434-3947
23

                                           *Attorneys for Defendant*
24

25  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26  Dated: October __5__, 2011

27                                         _____
                                           HON. JOSEPH C. SPERO
28