Neil R. O'Hanlon, SBN 67018
Asheley G. Dean, SBN 245504
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601
Email:  neil.ohanlon@hoganlovells.com
Email:  asheley.dean@hoganlovells.com

*Attorneys for Plaintiff*
[Other Counsel on Signature Page]

Joel M. Miller (*pro hac vice*)
Charles R. Jacob III (*pro hac vice*)
MILLER & WRUBEL P.C.
570 Lexington Avenue
New York, NY 10022
Telephone: (212) 336-3500
Facsimile:  (212) 336-3555
Email:  jmiller@mw-law.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROVIDENT FUNDING ASSOCIATES, L.P.,<br><br>             Plaintiff,<br><br>     v.<br><br>LYDIAN PRIVATE BANK, VIRTUALBANK, A DIVISION OF LYDIAN PRIVATE BANK, and Does 1 through 20,<br><br>             Defendants. | Case No.:  CV-11-1538 JCS<br><br>**STIPULATION AND ORDER DISMISSING ACTION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  On August 19, 2011, the Office of the Comptroller of the Currency closed
2  Defendant Lydian Private Bank ("Lydian") and appointed the FDIC as Receiver
3  pursuant to 12 U.S.C. §§ 1464(d)(2) and 1821(c)(5).  On September 14, 2011, the
4  FDIC, as Receiver, was substituted for Lydian in this action.  (ECF No. 28.)
5  Pursuant to the Financial Institutions Reform, Recovery and Enforcement Act
6  of 1989 ("FIRREA"), Plaintiff was required to exhaust the FIRREA administrative
7  claims process before continuing this action against the FDIC as Receiver.  On
8  November 17, 2011 Plaintiff filed a Proof of Claim (the "Claim") with the FDIC as
9  Receiver.  On August 3, 2012 the FDIC as Receiver gave notice to Plaintiff that the
10 Claim had been allowed in part.  Based on such allowance, Plaintiff is willing to
11 dismiss this action.
12 IT IS HEREBY STIPULATED AND AGREED by and between the parties
13 hereto through their respective counsel that this action be dismissed with prejudice,
14 with each party bearing its own attorney's fees and costs.  However, such dismissal
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

shall have no effect on the partial allowance of Plaintiff's Claim by the FDIC, as Receiver of Lydian Private Bank, dated August 3, 2012.

Dated: November 28, 2012

HOGAN LOVELLS US LLP

By: /s/ Neil R. O'Hanlon

Neil R. O'Hanlon, SBN 67018
Asheley G. Dean, SBN 245504
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
Email: neil.ohanlon@hoganlovells.com
Email: asheley.dean@hoganlovells.com

*Attorneys for Plaintiff*

Dated: November 28, 2012

MILLER & WRUBEL, P.C.

By: /s/ Joel M. Miller

Joel M. Miller (*pro hac vice*)
Charles R. Jacob III (*pro hac vice*)
MILLER & WRUBEL P.C.
570 Lexington Avenue
New York, NY 10028
Telephone: (212) 336-3500
Facsimile: (212) 336-3555
email: jmiller@mw-law.com

ROBERT J. STUMPF, JR., SBN 72851
MARTIN WHITE, SBN 253476
SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 29, 2012

_____
HON. _____
Judge Joseph C. Spero